# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Andrew Jerome Graham, Jr. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Nancy A. Berryhill, Acting Commissioner of Social Security | )   Civil Action No.: 4:17-1388-DCC |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____ .

■   other: This case is remanded to the Commissioner.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins, Jr.,  United States District Judge, who adopted the Report and Recommendation of the Honorable Thomas E. Rogers, III,  United States Magistrate Judge.

ROBIN L. BLUME
Date:   April 13, 2018                                   *CLERK OF COURT*


s/Glenda J. Nance
_____
*Signature of Clerk or Deputy Clerk*